# INDEX OF EXHIBITS

| Exhibit Number | Title |
|---|---|
| A. | Image of Mr. Buczkowski's diploma from the University of Chicago Booth School of Business with a Masters of Business Administration |
| B. | Image of the award trophy of Dean's Prize for Building the Chicago Booth Brand awarded to Mr. Buczkowski |
| C. | Image of the Chicago Booth School Dean (Sunil Kumar) presenting the Dean's Prize for Building the Chicago Booth Brand to Mr. Buczkowski |
| D. | Picture of the Assistant Dean (George Andrews) with Mr. Buczkowski celebrating Mr. Buczkowski receiving the Dean's Prize for Building the Chicago Booth Brand |
| E. | Image of Mr. Buczkowski's academic achievement award from Bradley University |
| F. | Excerpts from "House Hack Expert" e-book |
| G. | Excerpts from "First 1,000 Subscribers" e-book |
| H. | Copy of the charging of incident involving Mr. Mulvehill |
| I. | Daily Beast Article regarding Mr. Mulvehill |
| J. | Example of a written cancellation |
| K. | Copy of comment "For anyone who's looking to be a victim of Dale Buczkowski (aka Derek Moneyberg), please watch this first" |
| L. | Copy of comment by Instagram account named "dale_buczkowski" |
| M. | Screenshot of a search result showing archival references to the e-books on Mr. Cornelia's About page |
| N. | Copy of the Derek Moneyberg Hate Account |
| O. | Copy of the thumbnail images for the First, Second, and Third Videos Twitter entitled "Derek Moneyberg Hate Account" at the "@moneyberg_hate" Twitter address |