Marc J. Randazza, NV Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No. 2:21-cv-01173-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO FRCP RULE 12** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FILED JUNE 21, 2021**

Plaintiffs Wealthy Inc., and Dale Buczkowski and Defendant Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC et al (collectively, the "Parties") stipulate as follows:

(1) Plaintiffs filed their complaint on June 21, 2021.

(2) Both parties agree that proper service of the Complaint on Defendant Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC has been completed.

(3) Both parties have agreed to extend the deadline for Defendant to file a responsive pleading to August 2, 2021.

This is the first request for an extension of Defendant's time for filing a response to Plaintiffs' Complaint.

Wherefore, the Parties pray that the Court approve the terms of the stipulation to an extension of time to file a response to the Complaint.

Dated: July 9, 2021.  Respectfully Submitted,

/s/Tamara Beatty Peterson
TAMARA BEATTY PETERSON, ESQ.,
Bar No. 5218
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Attorneys for Plaintiffs Wealthy Inc. and
Dale Buczkowski

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: July 9, 2021