Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No. 2:21-cv-01173-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

**FOR STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**
**[SECOND REQUEST]**

Plaintiffs Wealthy Inc., and Dale Buczkowski and Defendants Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC et al (collectively, the "Parties") stipulate as follows:

(1) Plaintiffs filed their complaint on June 21, 2021.

(2) Both parties agree that proper service of the Complaint on Defendants Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC has been completed.

(3) Both parties have agreed to extend the deadline for Defendants to file a responsive pleading to August 16, 2021.

This is the second request for an extension of Defendants' time for filing a response to Plaintiffs' Complaint.

Wherefore, the Parties pray that the Court approve the terms of the stipulation to an extension of time to file a response to the Complaint.

Dated: July 30, 2021.                    Respectfully Submitted,

/s/ Tamara Beatty Peterson               /s/ Marc J. Randazza
TAMARA BEATTY PETERSON, ESQ.,            Marc J. Randazza, NV Bar No. 12265
Bar No. 5218                             RANDAZZA LEGAL GROUP, PLLC
NIKKI L. BAKER, ESQ., Bar No. 6562       2764 Lake Sahara Drive, Suite 109
nbaker@petersonbaker.com                 Las Vegas, NV 89117
PETERSON BAKER, PLLC                     Attorneys for Defendants
701 S. 7th Street                        Spencer Cornelia, Cornelia Media LLC,
Las Vegas, NV 89101                      and Cornelia Education LLC
Attorneys for Plaintiffs Wealthy Inc. and
Dale Buczkowski

## [PROPOSED] ORDER

IT IS SO ORDERED: Defendant Spencer Cornelia's response to Plaintiffs' complaint is due on or before August 16, 2021.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2021

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendents
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC