# EXHIBIT 2

Declaration of Spencer Cornelia

Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

WEALTHY INC. and DALE BUCZKOWSKI,

Plaintiff,

v.

SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,

Defendants.

Case No. 2:21-cv-01173-JCM-EJY

**DECLARATION OF SPENCER CORNELIA**

I, Spencer Cornelia, declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2.      I am one of the Defendants in this matter.

3.      I submit this Declaration in support of my Motion for Extension of Discovery (the "Discovery Motion").

4.      I am aware that Plaintiff Dale Buczkowski was deposed by my counsel in this matter on August 13, 2022. I learned that Buczkowski testified during his deposition that he resided in Incline Village, Nevada, but also spends time in Chicago and has an office there.

5.      On my own initiative, after the deposition was suspended, I looked into how plausible it was that Buczkowski actually lived in Incline Village.

6.      I first looked at the information about Plaintiff Wealthy Inc. available on the Texas Secretary of State's website, as Wealthy Inc. alleges it is a Texas entity. Upon searching for Wealthy Inc. on this website, I observed that Buczkowski was listed as an officer of the company, with his mailing address listed as 275 Glen Way, Incline Village, NV 89451 (the "Incline Village Address").

7.      I have recently observed some conduct of wealthy individuals that gave the impression they were claiming to reside in Nevada instead of where they actually lived, possibly for the purpose of evading taxes because Nevada does not have a state income tax.

8.      Thinking that Buczkowski may have been involved in this kind of conduct, I performed further research into the Glen Way Address, starting by obtaining the most recent deed for the property through public records searches. A true and correct copy of the February 28, 2022 deed for the Glen Way Address is attached to the Discovery Motion as **Exhibit 3**.[1] I observed that the deed listed Carlos A. Huerta and Christine H. Huerta as the grantees of the property, and that an entity called Ashton Inn, LLC was the conveying party. To my knowledge, none of these parties were related to Plaintiffs, except that Mr. Huerta is listed as the registered agent for Larson Consulting, Inc., a Nevada entity allegedly owned by Buczkowski.

9.      Curious as to whether Buczkowski was merely renting the Glen Way Address, I obtained Mr. Huerta's phone number through publicly available information and spoke to Mr. Huerta via telephone on August 14, 2022. Mr. Huerta told me that he is a real estate broker in

---

[1] Available at: https://icris.washoecounty.us/ssrecorder/web/integration/document?DocumentNumberId=5282702.

Declaration of Spencer Cornelia
2:21-cv-01173-JCM-EJY

Incline Village, Nevada, that Buczkowski used to be a client of his years ago, and that Buczkowski still lists the Glen Way Address as his address. Mr. Huerta told me that he still receives packages addressed to Buczkowski at the Glen Way Address, and that he has asked Buczkowski to switch his mailing address to where he actually lives. Mr. Huerta also told me that he believed Buczkowski lived in Chicago, Illinois, and not Nevada.

10.    With this new information, I decided to delve more deeply into this issue and looked into whether Buczkowski or any of his entities owned property in Chicago. I obtained and reviewed multiple mortgage deeds and other property documents from 2020-2022 for properties in Chicago signed by Wealthy LLC, a Delaware company for which Buczkowski is a manager, and which listed The Glen Way Address as its address.  Buczkowski signed some of these documents on behalf of Wealthy LLC.

11.    The above information strongly suggests that Buczkowski does not actually reside in Nevada, as he has claimed throughout this litigation, and instead resides in Chicago, Illinois.

I declare under penalty of perjury under the laws of Nevada that the foregoing is true and correct to the best of my knowledge and belief.

Dated: __8-27-2022__

*Spencer Cornelia*
Spencer Cornelia

- 3 -
Declaration of Spencer Cornelia
2:21-cv-01173-JCM-EJY