Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No. 2:21-cv-01173-JCM-EJY<br><br>**DECLARATION OF ALEX J. SHEPARD** |

I, Alex J. Shepard, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am an attorney licensed to practice in the States of Nevada and California.

3. I am an associate attorney at the law firm Randazza Legal Group, PLLC, counsel for Defendants in this matter.

4. I submit this Declaration in support of Defendants' Motion for Leave to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(d) (the "Motion").

5. On October 18, 2022 at 2:27 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited <archive.org>'s Wayback Machine, a program that allows users to view archived versions of various websites taken at different times. In my practice as an attorney, the Wayback Machine has been an invaluable asset in determining what websites look like at different times. I visited the Wayback Machine's archived version of the website <rsdderek.com>'s home page as it appeared on October 27, 2017, at the url: https://web.archive.org/web/20171027111257/http://www.rsdderek.com/. Immediately after viewing this archived version of this page, I created a printout of it using the "Awesome Screenshots" browser extension to better preserve the page's format and content. A true and correct copy of this printout is attached to the Motion as **Exhibit 5**.

6. On October 18, 2022 at 12:14 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited the *Washington Post* article titled "'Dating coach' Julien Blanc kicked out of Australia for crude 'pick-up' schtick," at the url: https://www.washingtonpost.com/news/morning-mix/wp/2014/11/10/dating-coach-julien-blanc-kicked-out-of-australia-for-his-controversial-tactics/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 6**.

7. On October 18, 2022 at 12:17 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited the *Time Magazine* article titled "Is This the Most Hated Man in the World?", at the url: https://time.com/3578387/julien-blanc-feminism-real-social-dynamics/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 7**.

8. On October 18, 2022 at 12:23 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited the *Guardian* article titled "Home Office minister calls for 'pickup artist' Julien Blanc to be denied UK visa," at the url:

Declaration of Alex J. Shepard
2:21-cv-01173-JCM-EJY

https://www.theguardian.com/politics/2014/nov/14/home-office-minister-julien-blanc-visa. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 8**.

9. On October 18, 2022 at 12:26 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited the *Forbes* article titled "Julien Blanc Should Be Allowed To Speak Anywhere," at the url: https://www.forbes.com/sites/andyjsemotiuk/2014/11/12/julien-blanc-should-be-allowed-to-speak-anywhere/?sh=537ef0f921a7. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 9**.

10. On October 18, 2022 at 12:29 p.m., while at the Las Vegas office of RLG and using the Google Chrome browser on a Macbook Air laptop, I visited the *Sydney Morning Herald* article titled "Pick-up artist Julien Blanc forced out of Australia after Scott Morrison cancels visa," at the url: https://www.smh.com.au/national/pickup-artist-julien-blanc-forced-out-of-australia-after-scott-morrison-cancels-visa-20141107-11iuxf.html. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 10**.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct to the best of my knowledge.

Dated: October 18, 2022

/s/ Alex J. Shepard
Alex J. Shepard

Declaration of Alex J. Shepard
2:21-cv-01173-JCM-EJY