# EXHIBIT 1

Deposition Transcript of Carlos Huerta

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WEALTHY INC. AND DALE      )

BUCZKOWSKI,                )

     Plaintiffs,       )

                     )

vs.                        )

                     ) Case No.

JOHN MULVEHILL, JOHN       ) 2:22-CV-00740-JCM-EJY

ANTHONY LIFESTYLE,         )

LLC, AND OPTIMIZED         )

LIFESTYLE LLC,             )

     Defendants.       )

VIRTUAL DEPOSITION OF CARLOS HUERTA

Thursday, October 13, 2022

9:03 a.m.

Reported by:  Jill E. Shepherd, RPR, NV-CCR #948

Job No. 5468428; Firm No. 068F

and where does he live.

So you asked me that question.  I kind of forgotten until you asked me the question, have I had conversations about where Dale lives.

Q.   Okay.

And did you provide any information to that individual?  Did you answer those questions?

A.   I did, but I didn't tell him where he lived.

Q.   Okay.

A.   You know, at the time I didn't know what it was about, but it was kind of an awkward call.  The person speaking wasn't awkward, but the questions were awkward, and I'm not going to divulge information.

Q.   Yeah.  That makes sense.  All right.

Switching gears a little bit:  Why don't you go ahead and tell me where you live.

A.   So, that's a tough one.  I have several homes.  I've lived at 275 Glen Way for the better part of four years.  This year -- I actually just got back last weekend -- I was barely here.  When I say "barely," maybe 15 total days.  I spent a lot of time in Las Vegas and I spent a lot of time in Ashton, Idaho, Southeast Idaho, and I have a home

there as well, and a business.

Q.   Okay.

When you said you spent 15 days at 275 Glen Way, is that for the year of 2022?

A.   Yes.  I mean, I'm estimating, but it hasn't been much more than that.  And then prior to that, I was here 80 percent of the time, 85 percent of the time.

Q.   Okay.

And so over that four-year period -- and let me just clarify, is four years the approximate amount of time you have owned 275 Glen Way?

A.   Yes.

Q.   Okay.

So over that four-year period from the time of purchase to the present, would you consider 275 your primary residence?

A.   I would.

Q.   Okay.

And over that period of time, who has lived with you at 275 Glen Way?

A.   My wife, Christine, and our boys off and on.  But one of them has been in college for several years and he lives 45 minutes away.  He's been down there the majority of -- well, the better part of, I

guess, five years now.  He's a Ph.D. student.

And -- so then the youngest one has been gone for about a year and a half.  They come and visit, but...

Q.   Okay.

Anyone that has lived with you, other than your immediate family, being your wife and your children?

A.   No.  Other than guests, we have no one officially living with us.

Q.   Okay.

And is it correct to say that you and your wife stay in the master bedroom in that residence?

A.   Yes.

Q.   Is there more than one master bedroom in the 275 Glen Way home?

A.   Yes.

Q.   Okay.

How many are there?

A.   Two.

Q.   Okay.

Is the second master used for your children or is it reserved for guests?

A.   Guests.

Q.   Okay.

Page 24

And you mentioned that you had some guests there.

Could you estimate for me the number of overnight guests you've had staying at your home over those four years?

A. Sure. Wow, it's a lot. I mean, a lot. Probably like 16, 17.

Q. And typically for the 15 or 16 or 17 people, are they staying -- what's the average stay time when they come to visit and spend the night?

A. Between four or five days to 10 days.

Q. Okay.

And is Dale one of those individuals?

A. He has been, yes.

Q. Okay.

Most recently, when was the last time he stayed with you?

A. So it would have been prior to -- with me this year? I think he did come here this year, but not when I was here. So, like, I wasn't here to really watch. Like I said, I've been mostly in Idaho and in Vegas. And then prior to that, Dale has stayed at my property, so, you know -- when I say properties, homes. So my wife and I had a house in Vegas for at least like 22 years and we had a

guesthouse in one of them.  Sometimes he would actually stay for several months at that guesthouse, and that would include when I wasn't there.  So we've had a house in Vegas and Incline Village pretty much since 2005.

Q.   Okay.

A.   Not necessarily the same house, but we would spend the summers in Incline Village.  My wife is a school counselor, so she would have the summer off.  And we would bring our kids every year.  He would stay in our guesthouse in Vegas quite a lot.  And he's come up to visit us in Incline and me at Incline when my wife is here or not here many times.

So I can't remember, like, what the dates are.  But going back to -- we had a place at 908 Herald Drive, he had been there.  We had a place at 873 North Wood Boulevard, he had been there.  And he's been to 275 Glen Way several times.

Q.   All right.

A.   But definitely in Vegas as well.

Q.   Okay.  I appreciate that.

For this year, for 2022, could you estimate to me how many nights you believe he spent the night at 275 Glen Way?

A.   I really don't know.  I don't.  It's kind

of a crazy summer this year.  We were defrauded in our business by $300,000 and I've been really focused on that, and that's where I spent most of my time.

Prior to that, I've owned that business for 16 years.  I think I had been there a total of two months.  This year I think I was there, like, four, so...

Q.   Okay.

So would it be correct to say that Dale has permission to stay at 275 Glen Way as a guest?

A.   Yeah.  And we have a lockbox, so he can come and use it whenever he needs to.

Q.   Okay.  That makes sense.

When he does stay with you, which room does he use?

A.   You know, it depends on what we've done with the home.  We actually did quite a bit of remodeling and one bedroom downstairs is now turned into a gym.  I think he stayed there.  It just depends.  And if I'm not here, I'm not really sure where he stayed.

Q.   Okay.  Fair enough.

Has he ever, like, officially moved in to the 275 Glen Way residence?

A.   No.

Q.   Okay.

Has he furnished any part of that residence?

A.   No.

Q.   He hasn't purchased couches, tables, chairs, anything like that for the home?

A.   Correct.

Q.   Has he painted the walls?

A.   No.  My wife is complaining that we need to paint the walls, though.

Q.   He didn't hang drapes?

A.   No.

Q.   Does he have any pictures of himself hanging on the wall?

A.   No.

Q.   All right.

Has he put pictures of his family up on the walls at 275 Glen Way?

A.   No.

Q.   All right.

Does he hang any diplomas or personal awards on the wall?

A.   No.

Q.   Okay.

In your opinion, does Dale live at 275 Glen Way?

A.   No.

Q.   Fair to say there isn't a lease agreement that's been signed between you and Dale to allow him to live at 275 Glen Way?

A.   No, there isn't a lease agreement.  No. Now, he does use this address.  Like, most of his mail comes here so he comes and picks it up from time to time.  But it's not a signed lease agreement.

Q.   Okay.  Why don't you tell me a little bit about that.

How did that come to pass that he used 275 Glen Way for a place to receive his mail?

A.   I don't really remember because before 275 Glen Way he used other addresses, I think as far back as Vegas.  We had our -- our last home there was a -- the one where Kris -- it turned out that Kris Zeppenfeld served me with a -- left a notice for me was in Red Rock Country Club.  Before that, it was in Sierra Vista Ranchos, and he would use that address as far back -- and then I had mentioned earlier even 873 North Wood Boulevard in Incline Village, he used that address.

And I just think -- he's using Nevada a ton, I think is where he spends the majority of his time.  I see him and meet him here most of the time.  And I have met him in other places as well, but this is 90 percent.  And I think that because he travels, he uses my address because it's like a stable address.

Q.   Okay.

Has he ever told you that he wanted to use your address for taxation purposes, to establish a Nevada address?

A.   No.  But I do receive taxation documents here; but no, he's never talked to me about that.

Q.   Okay.

But as far as the specific reason why he's wanted to use various Nevada addresses for properties that belong to you, has he provided any express explanation for why he wants to do that?

A.   Well, yeah.  I don't want to put words in his mouth and it's my own interpretation.  But it's basically he knows that he's going to be in Nevada a lot, and he kind of counts on me to kind of keep his mail safe for him.  And it's a good place for us to -- you know, when we meet, it's an easy thing for me to exchange mail with him -- or provide mail for

him.

Q.   But as far as the rationale for why, that's you making an assumption, not him expressly telling you that he wants you to receive his mail so that he knows it's safe?

A.   I think he said something like that, to that effect.

Q.   All right.

Do you have an express memory of that, or you just kind of believe that generally to be the cause?

A.   No.  I actually talk to him sometimes about it, like, quite often, because it's -- it's slowed down, but I would receive massive amounts of bank statements.  And -- so, like, it would be obnoxious, you know, where even if I'm traveling, I wouldn't even want to carry the envelopes with me.

I'm like, Hey, do you need all these bank statements?  Can't you pull them up online?  And he said, Yes, he's going trying to go to -- what do they call it?  You know, no paper mail situation. But they showed up for years.  And -- so basically, you know, I wouldn't open them up, I'd basically just throw them away.  I wouldn't give him the statements.  So I'd talk about it, and he'd say,

yeah, he just -- he's even apologized, and said, No, you don't need to bring me all those statements. But then I've got to sort through it all.

Q.   Right.

A.   Yeah.

Q.   So you talked about receiving mail that related to taxation issues, you talked about --

A.   Yeah.

Q.   -- mail that related to banking-type issues with Dale.

Were there any other categories of mail that you recall receiving for him?

A.   I guess pieces.  Oh, yes.  I get marketing pieces, you know, like we all do.  Stuff that we would call junk mail.

Q.   Okay.

A.   And then I'd receive a lot of -- what's the word -- memorabilia items that he's like -- that he pays for, whatever.  Specifically he's a fan of UFC Ultimate Fighting, and I get a lot of stuff from Ultimate Fighting in his name.  They are boxes.  You know, like event information or, like, sweatshirts or coffee mugs, or sometimes I get Bluetooth headsets, just all kinds of UFC stuff.  Sometimes when I have enough, I will bring them to him.

Page 32

Q.  Okay.

Do you recall ever receiving anything that was maybe more personal in nature, like Christmas cards?  Birthday cards?  Those types of items from close friends or family that were delivered to your residence?

A.  No.

Q.  Okay.

Does Dale keep a vehicle at your address?

A.  Not at this address, no.

Q.  Okay.

Just kind of generally, we've talked about Dale quite a bit already, but I want to back up.

Could you describe your relationship with Dale to me?  How do you know him?

A.  So we met because of real estate.  And I want to say it's been about 12 or 13 years, maybe longer than that, actually.  Might have been before 2010.  And we've done some real estate deals together, I don't know, three or four.

And we've actually taken trips together. I've met him and his girlfriend in New York several times.  I've met him in Chicago several times.  He's come to Incline Village quite a bit when I was here. And when we're both in Vegas, which is quite often,

with Dale, was there someone that introduced the two of you?

A.   No.  He called me.  There was a couple pieces of property -- I've been a real estate broker for 22, 23 years.  He called me about some property and he ended up buying one of them, and I ended kind of managing it for him.

Q.   Okay.

Where were you when you first met him in person?

A.   In Las Vegas.

Q.   Okay.

And when you met him in Las Vegas for the first time -- and I believe you testified somewhere in the neighborhood of 12 to 13 years ago approximately, correct?

A.   Yes.

Q.   Okay.

If you recall, being his agent at the time, where was his address?  Where was he living at the time when he contacted you?

A.   I think he was staying at his girlfriend's parents' house.

Q.   In what city?

A.   They lived in Vegas.  I think they still

do.

Q.  Okay.

A.  And he's still together with that same gal.

Q.  Okay.

And you think that he lives with his girlfriend potentially in Las Vegas?

A.  I know that he spends a lot of time there. Yeah.

Q.  Do you know if he has a place to live in Illinois?

A.  I know that he has a place in Illinois. I'm not sure how much he lives there.

Q.  Okay.

What do you know about what Dale does for a living?

A.  Quite a bit.  I've actually attended some of his conferences or seminars, several, and I've actually spoken at them.

Q.  Okay.

So --

A.  And he's -- I guess you can ask me the question.

Q.  Oh, yeah.  I didn't mean to cut you off, though, if you wanted to finish what you were saying.

Page 38

Are you partners with him on any particular company or organization?

A.   No.

Q.   Are you familiar with an organization called Larson Consulting?

A.   Yes.

Q.   What is that?

A.   That has been his company for a long time, as far as I know.  I might have helped set that up for him.  I definitely -- even -- oh, I forgot.  So I owned an office building close to the airport in Las Vegas for, I don't know, 12 years or something.  That's where he first -- he used to come to that office a lot.  He used that as his address.  Forgot about that.

And Larson Consulting, I think I used to get all of their mail at -- it was 3060 East Post Road.  And I believe it was -- yeah, it's been a while, but I think it was a Nevada limited liability company or a Nevada corporation.  I forget.  I forget if it's an Inc. or LLC now.  It's been a while.  So yes, I'm very familiar with that.

Q.   All right.

Is it your understanding that that Larson Consulting organization, that it's still operating?

Page 39

A.   As far as I know, it is.  I still get mail for Larson Consulting.

Q.   Okay.

Do you have any formal or official role with Larson Consulting?

A.   Maybe I was the resident agent at one point.

Q.   Okay.

A.   Or maybe I still am.  I don't know.  I don't remember.  I don't actively manage that company or, you know, do I affect it in any substantial manner.

Q.   Okay.

I can't remember if I asked this before or not, but just circling back around to this idea of who resides at the 275 Glen Way residence, to the best of your knowledge, Dale's never had, like, a moving truck of his personal property come to that address and drop off his belongings, correct?

A.   Correct.

Q.   Okay.

And you said he doesn't have a designated bedroom at the residence?

A.   Correct.  Just -- it would be a guest bedroom that's not his.

of questioning for you.

I had asked you previously how many days Dale had spent at your residence in 2022, and you indicated you had been gone most of the time so it was hard to say.

A.   Let me clarify.  Like, I was never with him here at the same time this year.

Q.   Understood.  Perfect.  Thank you for that clarification.

You had also testified that -- I believe what you said was that your prior houseguests had stayed four to five days on average when -- that your houseguests had stayed with you four to five days on average.

Do you recall that testimony?

A.   Yeah.  I mean, it could be less and it could be more, but --

Q.   Okay.

My question is --

A.   -- that's a good average.

Q.   Perfect.

So going back in time, could you estimate how many days Dale spent at your residence in the year 2020?

A.   Not really.  I really couldn't.  Yeah.

Like, he never stayed here for a month or anything like that at a time.

Q.   So you had -- is it correct, then, to say that in the year 2020 you'd estimate that he spent less than 30 days at your residence?

A.   Yes.

Q.   Would you estimate that he spent less than 15 days at your residence?

A.   About that, maybe --

Q.   Okay.

A.   -- total.

Q.   Sorry.  Didn't mean to cut you off.

A.   Total.

Q.   Okay.  Perfect.

And then what about, the same questions for the year 2021, would you estimate he spent more or less than 30 days at your house in 2021?

A.   In the 2020 would have been before COVID, you know.  And 2021, I would say not at all.

Q.   Okay.

In the last five years, has he stayed -- has Dale stayed in any of your other properties besides the 275 address?

A.   Yeah.  Like I said, he stayed at the guesthouse at Sierra Vista for several months, and

it was for more than one year.  I remember one time -- I remember one summer, which was kind of nice for me, because it is a really large property in Vegas.  You know what the water situation in Vegas is like.  We had a huge yard and sprinklers would go or whatever, so he didn't stay there to do me a favor, but he was there, like, most of the summer.  And so it was nice to have someone around watching it for us, you know.  That house actually caught fire one year when we were gone, so it was nice to have him there watching out for it.  It didn't catch fire while he was there, but...

Q.   And what year was that?

A.   Oh, when he stayed for several months?

Q.   Correct.

A.   I want to say it was around -- I mean, I think he had done it early on, like around 2015 he stayed a long time.  Maybe 2014.  And then 2019, I want to say.

Q.   Okay.

A.   And then probably 2018 as well.  So it was a good stretch in there where he would stay in the guesthouse a lot.

Q.   All right.  Understood.

A.   And so once he started doing that, I'd say,

back to your question, I kind of remember -- oh, in my office, Post Road, I could ride my bike from that house to my office.  So that's when he really started using my office.  He would use my office, by the way, and the mail started coming there.

And then once we moved -- my family and I moved up to Incline Village mostly full-time in 2016, so then that's when the mail transitioned.

Q.   Okay.  Thank you for that clarification.

When he's been in Nevada, what hotels have you known Dale to stay at?

A.   Definitely the Trump Hotel on Las Vegas Boulevard close to the Fashion Show.  But lots of times he would stay at his girlfriend's parents' house, where he's stayed for long periods.  I think he has -- he may have stayed -- I forget that hotel. He may have stayed at a hotel on the east side of the Strip.  That's where I spoke for him once.  I cannot remember that hotel, though.

Q.   But it was a Las Vegas Strip property?

A.   Yeah.  Yes.  It's one of the older ones that I spoke at.  Might have been -- not the Flamingo, maybe Bally's or something.

Q.   Okay.

And then what about when he's in Northern

has a lot of points though.  When I say United, like United Airlines affiliate, so I don't know if it's Visa or MasterCard.  I don't.

Q.   Understood.  I appreciate that.

If I already asked this before, I apologize, I just want to make sure I have the testimony.

Has Dale ever officially rented any residential property from you where he paid you on a regular basis for the right to reside in a property you own?

A.   No.

Q.   And has Dale ever told you that he has had articles about him published in various periodicals?

A.   Oh, yeah.

Q.   What are some of the periodicals you know that have done pieces on Dale?

A.   There are many that I won't remember, but I'm pretty sure Entrepreneur Magazine is one of them.

Q.   Okay.

Did he ever tell you if he had been in --

A.   Like, I've read one or two in there, that's why I know.

Q.   Okay.