# EXHIBIT 2

Deposition Transcript of Dale Buczkowski

**WEALTHY INC. ET AL. vs SPENCER CORNELIA ET AL.**
**Dale Buczkowski, Vol 1 on 08/13/2022**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WEALTHY INC. and DALE BUCZKOWSKI,
)Case No.
)2:21-cv-01173-JCM-EJY
)
Plaintiffs,    )
)
vs.    )
)
SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,
)
)
)
)
Defendants.    )
_____)

DEPOSITION OF DALE BUCZKOWSKI

Taken on Saturday, August 13, 2022

By a Certified Court Reporter

Volume I

At 12:05 p.m.

At 400 South Seventh Street, Third Floor

Las Vegas, Nevada

Reported by:  Carla N. Bywaters, CCR 866

negative views about women or -- you know, something of that nature.  I don't recall the specifics.  It's a decade plus.  I'm sure an internet search will find what you're looking for there.

Q    Are you still affiliated with RSD?

A    No.

Q    When did your relationship with RSD end?

A    A couple years ago, 2020ish, I think.

Q    So, at the time of these media reports, you were affiliated with RSD?

A    I was being paid from RSD from somewhere around 2014 till 2020.

Q    To give dating advice?

A    Mostly self-help-type things.  Some guys wanted help with career.  Some people wanted help with more money.  Some people wanted help with getting their life together in general.  Some people were specifically interested in dating advice.

So the company, for a long period of time, focused on dating advice.  I'd say people came to me for broader information than that.  But I think I was paid from RSD from around 2014 until 2020.  So at the time of that media scandal with Julien, I don't believe I was paid there.

Q    So your affiliation with RSD started after

those accusations?

A   I knew some of these people for longer than this, but --

Q   I'm just asking a temporal question.  Your relationship with RSD began before or after those accusations?

A   I was aware of the company and knew some of the people there before then, but I wouldn't say that I was affiliated with the company in the sense of having a paid working relationship with them.

Q   That was after?

A   I think that starts in 2014.

Q   And, to the best of your recollection, these accusations were 2011, '12, and '13?  And I'm not going to reasonably expect you to even be able to tell me that here.  I'm not trying to catch you on getting the wrong year.  I'm just saying, to the best of your recollection, it was probably in that three-year period, correct?

A   My recollection is that was around 2011 or '12.  That's what my brain is anchored to thinking that's correct.

Q   Okay.  And, to the best of your recollection, you teamed up with RSD after that?

MR. VOCKRODT:  Objection.  Form.

THE WITNESS:  I don't know what "teamed up" means.

BY MR. RANDAZZA:

Q   You became a contractor with RSD after that. You were one of their -- is coach an accurate term, one of their coaches?

A   I think that's fair.

Q   But you had heard about the accusations before you became one of their coaches?

A   I was aware of some media publications.  I don't know if there were any accusations.  I would have to reflect back on that.

Q   Did that give you any doubt as to whether you should be affiliated with RSD?

A   You're asking me to remember something from, again, nearly a decade ago.  What was the judgment I made, you know, in 2014 or thereabouts?

Q   That's what I'm asking you, yes.

A   I don't recall my assessment of the situation at the time.  Obviously, I thought it was worth doing something with them.

Q   Who is Daryl Buczkowski?

A   My father's name is Daryl Buczkowski.

Q   Your grandfather's name, too?

A   My grandfather is -- no, that's not my