# EXHIBIT 3

May 9, 2018 email from "RSD Derek"

 Gmail                                                                                     **Spencer Cornelia <spencer0cornelia@gmail.com>**

---

## Fwd: 📣LAST CALL: Don't Miss Out On The RSD Bootcamp MAYHEM!

1 message

---

**James Hardie** <jamiehardie94@gmail.com>                                      Sun, Oct 16, 2022 at 1:49 PM
To: "spencer0cornelia@gmail.com" <spencer0cornelia@gmail.com>

---------- Forwarded message ---------
From: **RSD Derek** <support@realsocialdynamics.com>
Date: Wed, May 9, 2018 at 8:15 PM
Subject: 📣LAST CALL: Don't Miss Out On The RSD Bootcamp MAYHEM!
To: James Hardie <jamiehardie94@gmail.com>

👇 **CLICK TO SEE INSIDE THE RSD BOOTCAMP MAYHEM** 👇



James,

This is Derek,

Today I'm calling you out… **inviting you to spend an entire weekend with me and my team, hitting up the hottest girls at the hottest spots in YOUR CITY.**

**Spot dabbling around getting average results, get on Bootcamp with us and we will push you to peak levels of performance.**

**Grab your spot in your city before it is GONE → www.rsdderek.com**

I'm in my last year coaching Bootcamps with Real Social Dynamics, if you are trying to…

- Build an abundant sex life with high-caliber women
- Attain superior long-lasting relationships with girls who love you for "you"
- Get help attracting the right girlfriend(s) for your current lifestyle
- Become a social savvy mofo that everyone enjoys being around
- Achieve a higher sense of purpose to kick-ass in all areas of your life...

… then now it's your last opportunity to learn from me.

But before I dive even deeper as to why it's never been this easy than to grab **your dating life by the balls**…

Let me introduce myself, in case you don't know who I am already.

I've been involved with "pick-up" since 2002, RSD since 2003, and have been on its board of directors since 2007. I have personally trained several of RSD's executive coaches and influenced them all.

Over the past 3 years, I have taught more live Bootcamps than anyone on Earth…

I focus 100% on coaching Bootcamps and have no interest enhancing my public profile to the masses.

**Helping guys drown in pu$$y is what I enjoy doing most.**

If you are one of these individuals looking to do that, then I welcome you to an immersive *3-day monster Bootcamp experience* with my superstar assistant team and myself.

**Here is where I'll be next**

**Warning...**

My Bootcamps are no walk in the park. I give 110% to get you real opportunities with the hottest girls in your city…

I'm not here to pat you on the back for getting a kiss on the cheek...

**I'm here to push you over your edge, past all your limiting beliefs, and to do whatever it takes to unlock your inner DOMINATOR and make you potently attractive to the women you approach.**

I've had guys from all walks of life come to me for many different reasons, including:

- The feeling of not living up to their full potential
- Unsatisfied with their current sex life
- Crippling-anxiety when talking to hot girls
- Stuck in the dreaded intermediate purgatory
- Cannot bear another girl that they like friendzoning them
- Can't understand why their ex-girlfriends left them.
- Looking to network with top-level guys
- … And much more...

It doesn't matter what your situation is, my Bootcamp has you covered…

PLUS, It's not every day you get to lock-arms with a 10+ year pickup veteran who's seen it all, lived it, and can genuinely explain to you the step-by-step process of launching you towards your dream life with girls in the **shortest timeframe possible.**

My Bootcamps need no hard-sell, but if you are curious to know what other previous students of mine have thought about their experience working with me…

**Here are some testimonials:**

Posted September 21st, 2017 at 4:38 AM                                                                                    #8

**jsteviens87**
Junior Member
Join Date: 09/21/2017 | Posts: 5

I waited to write this review for a while after my boot camp with Derek because I wanted to make sure that any changes that I saw after the program were significant and the results that I was getting were lasting. I'm happy to report that not only have my results been consistent over the past 4 months since my boot camp but also they have been far more significant than anything I could have anticipated going into the program.

Some of my results that I credit to Dereks guidance:
-To date I've slept with 13 women over a 4 month period.
- Got into an open relationship with a 6 foot tall stunning blonde who is just my type.
- Had my first 3sum(and 2 others on top of that).
- Received a promotion in my career.
- Lost 70 lbs and counting.

My results are incredibly satisfying but considering that the year prior I slept with 3 women total (none of whom I'd consider to be a dime), they are absolutely phenomenal. In one weekends time I was equipped with the tools to go out and effectively hustle towards the life that I want. In doing so my dreams have become a reality and I cannot endorse this program enough. If you're reading this review your considering taking this program and I have to tell you that if you commit to it the program will be the single most impactful thing you do in your life. Hopefully this helps you make your decision and best of luck on your path!



Posted June 9th, 2017 at 2:17 AM                                                                                          #8

**DrPimp**
Junior Member
Join Date: 06/09/2017 | Posts: 10

I went on Bootcamp with Derek almost 2 years ago. At that time I historically had sex with about 20 girls total. In the year after Bootcamp, I had sex with more girls than I previously did in my whole life. In me second year post-Bootcamp, I'm on course to have sex with about 50 more girls. Also got a promotion and a fat ass raise! His guidance has helped me in more ways than I can express. I would recommend his program to anyone who is serious about making real change in their life.

Thanks for EVERYTHING D!!

**Are you looking to make a shift like these men have made?**

Why spend YEARS of your precious time figuring this out on your own… when you can ensure your success by learning from those who have navigated this journey before you?

**To get started,**

Click the link below to sign up for an **RSD Derek Bootcamp Experience** and you'll be on your way to maximizing your dating life with stunning women.

**https://www.rsdderek.com/bootcamp-schedule/**

I'll see you in the field,

~D

**P.S.** Let me emphasize that this is the last year I'll be coaching Bootcamps with RSD, so if you are still delaying, thinking there will be a "next time" I come through your city... there won't.

Opportunities like this only come once in a lifetime. Spots are almost filled so make moves *FAST*.

**Click here to reserve your Bootcamp experience!**


If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
Real Social Dynamics, 8491 West Sunset Blvd. #452, West Hollywood, CA 90069