# EXHIBIT 4

Declaration of Spencer Cornelia

Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC., and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. | Case No. 2:21-cv-01173-JCM-EJY <br><br><br> **DECLARATION OF SPENCER CORNELIA** |

I, Spencer Cornelia, declare:

1.    I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2.    I am one of the Defendants in this matter. I also own Defendants Cornelia Media LLC and Cornelia Education LLC.

3.    I submit this Declaration in support of Defendants' Motion for Leave to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(d) (the "Motion").

4.    On October 16, 2022, I received a forwarded email from an individual named James Hardie containing an email that was originally sent from Real Social Dynamics on May 9, 2018.

Doc ID: caefccaf8a29687cc3626797c2081b1c61cfce5b

Mr. Hardie represented to me that he received this email from Real Social Dynamics on this date. He also represented to me that he is a former employee of Real Social Dynamics, and so I find him to be credible.

5. A true and correct copy of the email as I received it is attached to Defendants' Motion as **Exhibit 3**.

6. To the best of my knowledge and belief, the exhibit is a true and correct copy of the email as it was originally sent by Real Social Dynamics. I do not believe, and have no reason to believe, that it has been altered in any way.

7. The email is from "RSD Derek," which I know to be a pseudonym for Plaintiff Dale Buczkowski that he used while working at Real Social Dynamics.

8. The email states, in part: "I've been involved with 'pick-up' since 2002, RSD since 2003, and have been on its board of directors since 2007. I have personally trained several of RSD's executive coaches and influenced them all."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 18 / 2022 .

*Spencer Cornelia*

SPENCER CORNELIA

- 2 -
Declaration of Spencer Cornelia
2:21-cv-01173-JCM-EJY