# EXHIBIT 5

RSD Derek Wayback Printout



# Greetings and welcome to the RSD Derek Hub,

*If you don't know me, here's a quick bio:*

I'm Derek, a Real Social Dynamics (RSD) executive coach who focuses 100% on coaching Bootcamps (I don't do products, YouTube, Hot Seats, etc).

I've been involved with RSD the past 14 years and have been on its board of directors for 10 of them. I have personally trained several of RSD's executive coaches and influenced them all.

Over the past 2.5 years, I have taught more live Bootcamps than anyone on Earth, traveling the globe and teaching mobs of clients the skills they need to date any type of woman they want.



I've personally dated some of the most beautiful women in the world including 3 Playboy models, several other print and runway models, celebrities, and Ivy League educated women.

"Pick-up" has been the most passionate hobby of my life. I make the vast majority of my income from my private business interests, not my work with RSD. I coach with RSD because I love working with bad-ass guys who are ready to start dominating their dating lives.

I encourage you to listen to my mastermind interviews, read my client testimonials and link up with me and my instructor team on an RSD Derek Bootcamp.

2018 is my last year coaching with RSD and my schedule is already extremely full. If you're serious about building amazing relationships and an unheard-of sex life, don't procrastinate any further - spots on my Bootcamp are rare and getting rarer by the day.

I will be coaching Bootcamp on four continents this year so I will be somewhere near you. This is the best opportunity you're ever going to have to advance your results with women FAST!!

*-Derek*

© 2002 - 2017 Real Social Dynamics.

Privacy Policy | Terms and Conditions | Success Disclaimer