# EXHIBIT 10

Sydney Morning Herald Blanc Article

Case 2:21-cv-01173-JCM-EJY Document 69-12 Filed 10/18/22 Page 2 of 4

# The Sydney Morning Herald

National

**This was published 7 years ago**

# Pick-up artist Julien Blanc forced out of Australia after Scott Morrison cancels visa



**Rachel Browne**

November 7, 2014 — 5.57pm

A self-described pick-up artist who promotes manipulating women into having sex has been forced to leave Australia after the federal government cancelled his visa.

Julien Blanc, of the United States group Real Social Dynamics, was in Australia to share his controversial dating tactics at a series of seminars.

His methods, which include emotional manipulation, choking and pulling women into his groin, have caused widespread outrage.

The Melbourne hotel which was planning to host his talk on Wednesday cancelled amid an outcry on social media and an online petition which attracted thousands of signatures.

Case 2:21-cv-01173-JCM-EJY   Document 69-12   Filed 10/18/22   Page 3 of 4



Julien Blanc in Sydney, earlier this week.   TWITTER, @RSD JULIEN

Immigration Minister Scott Morrison cancelled Mr Blanc's visa on Friday and he left the country.

"This guy wasn't pushing forward political ideas, he was putting a view that was derogatory to women and that's just something that our values abhor in this country," he told Sky News.

Seminar organisers were forced to move Mr Blanc's Melbourne talk to a boat on the Yarra after the Como Hotel cancelled the event. But protesters also surrounded the boat. Its owner, Melbourne River Cruises, later said it had cancelled the booking as soon as it realised what it was for.

"The boat did not cruise and we waited for the police to take all the people off the boat as they refused to get off the boat," the boat company said on its Facebook page.

"We were completely misinformed about the booking, saying it was a social function."

Police helped those attending the seminar disembark, as protesters shouted "walk of shame" at the attendees.

The men were also derided on social media.

Victorian Chief Police Commissioner Ken Lay supported the protests against Mr Blanc.

"Labelling women as objects and actively promoting the abuse of women degrades the dignity of our whole community," he said.

"I'm proud that Victoria has taken this stance against violence. It gives me confidence that we are moving in the right direction."

Case 2:21-cv-01173-JCM-EJY   Document 69-12   Filed 10/18/22   Page 4 of 4

On Blanc's website pimpingmygame.com, the so-called "executive dating coach" promises to "make girls beg to sleep with you".

In one video, Blanc uses his "white male" status to harass Japanese women and grabs women on the street, pushing them towards his groin.

Mr Blanc had been scheduled to deliver a seminar in Brisbane next week.

Police on Friday confirmed Mr Blanc left the country late on Thursday night, while his assistant was to leave later on Friday.

---

 **Rachel Browne** is a Social Affairs Reporter for Fairfax Media  Connect via Twitter or email.

---