Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC., and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No. 2:21-cv-01173-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME AS TO THE REPLY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (ECF NO. 61)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Wealthy Inc. and Dale Buczkowski ("Plaintiffs") and Defendants Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC ("Defendants") (collectively, the "Parties") hereby submit the following stipulation and order to extend the time for Defendants to file their Reply in support of their Special Motion to Dismiss Pursuant to NRS 41.660 and Motion for Summary Judgment (ECF No. 61) pursuant to LR IA 6-1.

1.  Defendants filed their Special Motion to Dismiss Pursuant to NRS 41.660 and Motion for Summary Judgment on September 30, 2022. The document was filed twice in order

to comply with LR IC 2-2(b), and the motions were docketed as two separate docket entries, a Motion to Dismiss (ECF No. 61), and a Motion for Summary Judgment (ECF No. 62).

2.  On October 14, 2022, the parties filed a stipulation (ECF No. 65) for Plaintiffs' response deadline to these motions to be moved to 21 days after September 30, as LR 7-2 establishes different response deadlines for motions to dismiss (14 days) and motions for summary judgment (21 days). The Court granted this stipulation. (ECF No. 67).

3.  On October 28, 2022, Plaintiffs filed their response to Defendants' Special Motion to Dismiss and Motion for Summary Judgment (ECF Nos. 78 & 79).

4.  LR 7-2 also provides different deadlines for replies in support of motions to dismiss (7 days) and motions for summary judgment (14 days).

5.  Because both motions have overlapping facts and argument, to avoid ambiguity and to promote the just, speedy, and inexpensive determination of the pending motions as docketed, the parties agree, subject to the Court's approval, that the deadline to file the reply in support of the Motion to Dismiss (ECF No. 61) shall be extended to and including November 14, 2022, which is the same due date as the reply in support of the Motion for Summary Judgment (ECF No. 62).

6.  Additionally, to avoid ambiguity as to the page limit requirements under LR 7-3, the parties agree, subject to the Court's approval, that the page limit of the omnibus reply in support of the Motion to Dismiss (ECF No. 61) and Motion for Summary Judgment (ECF No. 62) shall be 20 pages,

//
//
//
//
//
//

excluding exhibits, which is equivalent to the page limit requirements of a reply in support of a motion for summary judgment.

IT IS SO STIPULATED.

Dated: November 1, 2022.                                         Respectfully Submitted,


/s/ Tamara Beatty Peterson                                       /s/ Alex J. Shepard
Tamara Beatty Peterson, NV Bar No. 5218        Marc J. Randazza, NV Bar No. 12265
Nikki L. Baker, NV Bar No. 6562                         Alex J. Shepard, NV Bar No. 13582
PETERSON BAKER, PLLC                                   RANDAZZA LEGAL GROUP, PLLC
701 S. 7th Street                                                      2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89101                                             Las Vegas, NV 89117

Jeffrey Vockrodt (*pro hac vice*)                           Attorneys for Defendants
David Jacoby (*pro hac vice*)                               Spencer Cornelia, Cornelia Media
CULHANE MEADOWS PLLC                                LLC, and Cornelia Education LLC
888 Main Stret, #543
New York, NY 10044

Attorneys for Plaintiffs
Wealthy Inc. and Dale Buczkowski


                                                                              IT IS SO ORDERED.

                                                                              *[signature]*
                                                                              U.S. DISTRICT COURT JUDGE

                                                                              Dated:   November 1, 2022