Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Spencer Cornelia, Cornelia Media LLC,
and Cornelia Education LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, | Case No. 2:21-cv-01173-JCM-EJY |
| Plaintiff, | |
| v. | **DECLARATION OF ALEX J. SHEPARD** |
| SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, | |
| Defendants. | |

I, Alex J. Shepard, declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2.      I am an attorney licensed to practice in the States of Nevada and California.

3.      I am an associate attorney at the law firm Randazza Legal Group, PLLC ("RLG"), counsel for Defendants in this matter.

4. I submit this Declaration in support of Defendants' Motion to Extend Time to Conduct Deposition of John Mulvehill and to Extend Deadline to File Response to Plaintiff's Motion for Summary Judgment (the "Motion").

5. On November 2, 2022, John Mulvehill's counsel sent RLG an email with ten proposed dates for Mulvehill's deposition. 8 of those dates were in January 2023, one was in November 2022, and one was in December 2022.

6. On November 2, 2022 at approximately 3:50 p.m., I spoke telephonically with counsel for Plaintiffs, Tamara Beatty Peterson, regarding the Motion.

7. During this call, we discussed the relief requested in the Motion. Attorney Peterson told me that Plaintiffs may consent to the requested relief, but that she first needed additional time to consider it, to review the transcript of the October 24, 2022 hearing in this matter, and to speak with John Mulvehill's counsel regarding the scheduling of Mulvehill's deposition.

8. We agreed that if Defendants needed to file this Motion before further meet and confer efforts took place, Defendants would indicate to the Court that these efforts are still ongoing.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct to the best of my knowledge.

Dated: November 3, 2022

/s/ Alex J. Shepard
Alex J. Shepard

Declaration of Alex J. Shepard
2:21-cv-01173-JCM-EJY