TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@ksjattorneys.com
rgreen@ksjattorneys.com
*Attorneys for Defendant,*
*JOHN ANTHONY LIFESTYLE, LLC*
*And JOHN MULVEHILL*

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WEALTHY INC. and DALE BUCZKOWSKI,

Plaintiffs,

v.

SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,

Defendants.

---

WEALTHY INC. and DALE BUCZKOWSKI,

Plaintiffs,

v.

JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,

Defendants.

Case No. 2:21-cv-01173-JCM-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC AND OPTIMIZED LIFESTYLE, LLC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT IN *WEALTHY INC. v. MULVEHILL, ET AL.***

**(FIRST REQUEST)**

Consolidated with:
Case No.: 2:22-cv-00740-JCM-EJY

Plaintiffs WEALTHY INC. and DALE BUCZKOWSKI, by and through their counsel PETERSON BAKER, PLLC and CULHANE MEADOWS PLLC, Defendants John Anthony Lifestyle, LLC and John Mulvehill, by and through their counsel KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., Defendants Optimized Lifestyle LLC, by and through its counsel HOWARD AND HOWARD ATTORNEYS, and Defendants Spencer Cornelia, Cornelia Media

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

LLC, and Cornelia Education LLC, by and through their counsel RANDAZZA LEGAL GROUP, PLLC, stipulate to extend the deadline for Defendants John Anthony Lifestyle, LLC, John Mulvehill, and Optimized Lifestyle LLC to respond to Plaintiffs' First Amended Complaint in *Wealthy Inc., et al v. Mulvehill, et al.*, Case Number 2:22-cv-00740-JCM-EJY (hereinafter the "*Mulvehill* matter"). Plaintiffs filed the First Amended Complaint on November 14, 2022, after the Court granted Plaintiffs Leave to Amend their Complaint in the *Mulvehill* matter.

Defendants John Anthony Lifestyle, LLC, John Mulvehill, and Optimized Lifestyle LLC seek additional time to respond to Plaintiffs' First Amended Complaint due to additional information and documents received during discovery. The parties agree that Defendants John Anthony

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Lifestyle, LLC, John Mulvehill, and Optimized Lifestyle, LLC deadline to respond to Plaintiffs' First Amended Complaint in the *Mulvehill* matter will be continued an additional fourteen (14) days to December 12, 2022.

IT IS SO STIPULATED.

DATED this 23nd day of November, 2022.

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*

Tamara Beatty Peterson, Esq.
Nevada Bar No. 5218
David E. Astur, Esq.
Nevada Bar No. 15008
701 S. 7th St.
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 23nd day of November, 2022.

HOWARD AND HOWARD ATTORNEYS

*/s/ Joanna M. Myers*

Joanna M. Myers, Esq.
Nevada Bar No. 12048
300 S. 4th St. Suite 1600
Las Vegas, NV 89101
*Attorneys for Defendant*
*Optimized Lifestyle, LLC*

DATED this 23nd day of November, 2022.

KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.

*/s/ L. Renee Green*

Tyler J. Watson, Esq.
Nevada Bar No. 11735
L. Renee Green, Esq.
Nevada Bar No. 12755
8985 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*
*John Anthony Lifestyle, LLC and John Mulvehill*

DATED this 23nd day of November, 2022.

RANDAZZA LEGAL GROUP, PLLC

*/s/ Alex J. Shepard*

Marc J. Randazza, Esq.
Nevada Bar No. 12265
Alex J. Shepard, Esq.
Nevada Bar No. 13582
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
*Attorneys for Defendants*
*Spencer Cornelia, Cornelia Media LLC,*
*and Cornelia Education LLC*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED: November 28, 2022**