# EXHIBIT A

Declaration of John Mulvehill in Support of
Optimized Lifestyle's Reply

JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmm@h2law.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Optimized Lifestyle LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No.:  1-JCM-EJY<br><br>**DECLARATION OF JOHN MULVEHILL IN SUPPORT OF OPTIMIZED LIFESTYLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** |
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,<br><br>Defendants. | Consolidated with:<br>Case No.: 2:22-cv-00740-JCM-EJY |

I, John Mulvehill declare that:

1.      I am over the age of eighteen years and am a resident of Brazil. I make this declaration in support of Optimized Lifestyle LLC's ("Optimized Lifestyle") Reply in Support of its Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue.

2.      I make this declaration based on my personal knowledge of the facts contained

- 1 -

Document Ref: ESACS-NM7VG-C6A4X-AR5AH

herein. If called as a witness, I could and would testify competently to the recitations set forth herein.

3.    I am the Co-Founder of Optimized Lifestyle and am its Manager.[1] I am not, and never have been, the sole owner of Optimized Lifestyle.

4.    Optimized Lifestyle was formed under the laws of Wyoming on August 5, 2021 and has its primary place of business in that state.

5.    My company, John Anthony Lifestyle LLC is a member of Optimized Lifestyle and has a 50% ownership interest in the company.

6.    Optimized Lifestyle is the licensee of certain intellectual property belonging to John Anthony Lifestyle LLC.

7.    Prior to its formation on August 5, 2021, Optimized Lifestyle did not exist in any form. Optimized Lifestyle began conducting business on or around November 25, 2021.

8.    Optimized Lifestyle does not have an office in Nevada and does not conduct business in Nevada.

9.    Optimized Lifestyle has never had any business dealings with the Plaintiffs in this matter nor has it engaged in any direct communications with Plaintiffs.

10.    All accounting and corporate formalities maintaining the separateness of Optimized Lifestyle and its members have been maintained

11.    The formation of Optimized Lifestyle was in no way related to the lawsuit filed by Plaintiffs against Spencer Cornelia and his entities.

12.    At no time during the relevant time period did Optimized Lifestyle know of Plaintiff Buczkowski's alleged residence in Nevada.

13.    All of the allegedly defamatory statements were made outside of the United States in Brazil, many months before Optimized Lifestyle's formation.

14.    All of the alleged wrongdoing set forth in Plaintiffs' First Amended Complaint occurred prior to Optimized Lifestyle's formation.

---

[1] Please take note that my prior declaration dated December 12, 2022 inadvertently identified me as the "managing *member*."

- 2 -

Document Ref: ESACS-NM7VG-C6A4X-AR5AH

15.    Optimized Lifestyle does not own the John Anthony Lifestyle YouTube channel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this January 3, 2023.

*John Mulvehill*

JOHN MULVEHILL

HOWARD & HOWARD ATTORNEYS PLLC

- 3 -

# Signature Certificate

Reference number: ESACS-NM7VG-C6A4X-AR5AH

| Signer | Timestamp | Signature |
|---|---|---|
| **John Mulvehill**<br>Email: john@johnanthonylifestyle.com | | |
| Sent:<br>Signed: | 03 Jan 2023 17:16:56 UTC<br>03 Jan 2023 17:16:56 UTC | |

IP address: 189.120.79.251
Location: São Paulo, Brazil

Document completed by all parties on:

03 Jan 2023 17:16:56 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

