# EXHIBIT B

Declaration of Alan Belkin in Support of
Optimized Lifestyle's Reply

JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmm@h2law.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Optimized Lifestyle LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. | Case No.:  1-JCM-EJY <br><br> **DECLARATION OF ALAN BELKIN IN SUPPORT OF OPTIMIZED LIFESTYLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** |
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, <br><br> Defendants. | Consolidated with: <br> Case No.: 2:22-cv-00740-JCM-EJY |

I, Alan Belkin declare that:

1.    I am over the age of eighteen years and am a resident of Florida. I make this declaration in support of Optimized Lifestyle LLC's ("Optimized Lifestyle") Reply in Support of its Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue.

2.    I make this declaration based on my personal knowledge of the facts contained

- 1 -

herein. If called as a witness, I could and would testify competently to the recitations set forth herein.

3. I am the Co-Founder of Optimized Lifestyle.

4. Optimized Lifestyle was formed under the laws of Wyoming on August 5, 2021 and has its primary place of business in that state.

5. My company, Empowered Mind LLC is a member of Optimized Lifestyle and has a 50% ownership interest in the company.

6. Optimized Lifestyle is the licensee of certain intellectual property belonging to John Anthony Lifestyle LLC.

7. Prior to its formation on August 5, 2021, Optimized Lifestyle did not exist in any form. Optimized Lifestyle began conducting business on or around November 25, 2021.

8. All accounting and corporate formalities maintaining the separateness of Optimized Lifestyle and its members have been maintained.

9. Optimized Lifestyle does not have an office in Nevada and does not conduct business in Nevada.

10. Optimized Lifestyle has never had any business dealings with the Plaintiffs in this matter nor has it engaged in any direct communications with Plaintiffs.

11. All of the alleged wrongdoing set forth in Plaintiffs' First Amended Complaint occurred prior to Optimized Lifestyle's formation.

12. The formation of Optimized Lifestyle was in no way related to the lawsuit filed by Plaintiffs against Spencer Cornelia and his entities.

13. I did not even know who Dale Buczkowski (aka Derek Moneyberg) or Wealthy Inc. were prior to the filing of Plaintiffs' Complaint against Optimized Lifestyle on May 9, 2022.

14. At no time during the relevant time period did Optimized Lifestyle know of Plaintiff Buczkowski's alleged residence in Nevada.

15. My company, Empowered Mind LLC is not a member of, nor have any ownership interest in, John Anthony Lifestyle LLC.

16. I am not, and never have been, a member of or have any ownership interest in,

HOWARD & HOWARD ATTORNEYS PLLC

- 2 -

John Anthony Lifestyle LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this January 3, 2023.

/s/ *Alan Belkin*
ALAN BELKIN

HOWARD & HOWARD ATTORNEYS PLLC

- 3 -