TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
ALINA KRAUFF
Nevada Bar No. 16266
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@ksjattorneys.com
rgreen@ksjattorneys.com
akrauff@ksjattorneys.com
*Attorneys for Defendant,*
*JOHN ANTHONY LIFESTYLE, LLC*
*And JOHN MULVEHILL*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. <br>_____ <br> WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br> v. <br><br> JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, <br><br> Defendants. | Case No. 2:21-cv-01173-JCM-EJY <br><br> **DECLARATION OF ALAN BELKIN IN SUPPORT OF JOHN ANTHONY LIFESTYLE, LLC AND JOHN MULVEHILL'S REPLY TO PLAINTIFFS' OPPOSITION TO JOHN ANTHONY LIFESTYLE, LLC AND JOHN MULVEHILL'S MOTION FOR PROTECTIVE ORDER** <br><br> Consolidated with: <br> Case No.:  2:22-cv-00740-JCM-EJY <br><br> **[ORAL ARGUMENT REQUESTED]** |

I, Alan Belkin, declare the following:

1.      I am over the age of eighteen years old and am a resident of Florida.

2.      I am making this Declaration in support of John Anthony Lifestyle, LLC and John

1

Mulvehill's Reply to Plaintiffs' Opposition to of John Anthony Lifestyle, LLC and John Mulvehill's Motion for Protective Order to Allow Deposition by Remote Means Pursuant to FRCP 30(b)(4) ("Reply.")"

3.    I make this Declaration based on my personal knowledge of the facts contained herein and can testify competently to the recitations set forth herein.

4.    I am a Co-Founder of Optimized Lifestyle, LLC ("Optimized Lifestyle").

5.    Optimized Lifestyle was formed under the laws of Wyoming on August 5, 2021, and has its primary place of business in that State. The Operating Agreement for Optimized Lifestyle also corroborates that "the principal place of business of the Company within the State of Florida [sic] shall be 5830 E. 2nd St., Ste 7000 #3389, Casper, Wyoming 826029." A true and correct copy of the Optimized Lifestyle Operating Agreement is attached to the Index of Exhibits in Support of the Reply as **Exhibit 1**.

6.    My company, Empowered Mind, LLC, is a member of Optimized Lifestyle and has a fifty percent (50%) ownership interest in Optimized Lifestyle.

7.    Optimized Lifestyle is the licensee of certain intellectual property belonging to John Anthony Lifestyle, LLC.

8.    Empowered Minds LLC provides services for Optimized Lifestyle from Florida, but Optimized Lifestyle's principal place of business is in Casper, Wyoming.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of January, 2023.

 /s/ Alan Belkin
ALAN BELKIN

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666