TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
ALINA KRAUFF
Nevada Bar No. 16266
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@ksjattorneys.com
rgreen@ksjattorneys.com
akrauff@ksjattorneys.com
*Attorneys for Defendant,*
*JOHN ANTHONY LIFESTYLE, LLC*
*And JOHN MULVEHILL*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No. 2:21-cv-01173-JCM-EJY<br><br>**MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,<br><br>Defendants. | Consolidated with:<br>Case No.: 2:22-cv-00740-JCM-EJY<br><br>**[ORAL ARGUMENT REQUESTED]** |

Defendants, JOHN ANTHONY LIFESTYLE, LLC and JOHN MULVEHILL (hereinafter "Defendants"), by and through their attorneys of record, TYLER J. WATSON, ESQ., L. RENEE

1

GREEN, ESQ., and ALINA KRAUFF, ESQ. of the law firm of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby file this Motion to request that the Court remove Kristopher T. Zeppenfeld, Esq. from the Electronic Service List.

Kristopher T. Zeppenfeld, Esq. is no longer counsel of record for this case and is no longer an attorney with the firm representing the Defendants. TYLER J. WATSON, ESQ., L. RENEE GREEN, ESQ., and ALINA KRAUFF, ESQ. remain counsel of record and should continue to receive notifications via the Electronic Service List. Given the continuing appearance of this firm's attorneys on behalf of Defendants, no party will be prejudiced by Mr. Zeppenfeld's withdrawal.

Accordingly, the undersigned respectfully requests that the Court remove Mr. Zeppenfeld's name as counsel for Defendants.

DATED this 27th day of February, 2023.

> KRAVITZ SCHNITZER
> JOHNSON & WATSON, CHTD.
>
> */s/ L. Renee Green, Esq.*
> TYLER J. WATSON, ESQ.
> Nevada Bar No. 11735
> L. RENEE GREEN, ESQ.
> Nevada Bar No. 12755
> ALINA KRUFF, ESQ.
> Nevada Bar No. 16266
> 8985 S. Eastern Avenue, Suite 200
> Las Vegas, Nevada 89123
> *Attorneys for Defendants John Anthony
> Lifestyle, LLC and John Mulvehill*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of February, 2023, I served a true and correct copy of the foregoing **MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** was served via the United States District Court CM/ECF system to all parties or persons requiring notice.

Tamara Beatty Peterson, Esq.
Nikki L. Baker, Esq.
PETERSON BAKER, PLLC
701 S. 7th St.
Las Vegas, NV 89101
and
Jeffrey Vockrodt, Esq.
CULHANE MEADOWS PLLC
888 Main St. #543
New York, NY 10044
*Attorneys for Plaintiffs*

Joanna M. Myers, Esq.
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
*Attorneys for Defendant Optimized Lifestyle, LLC*

Marc J. Randazza, Esq.
Alex J. Shepard, Esq.
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Dr. Suite 109
Las Vegas, NV 89117
*Attorneys for Spencer Cornelia, Cornelia Media, LLC And Cornelia Education, LLC*

/s/ Cynthia Lowe
An Employee of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.