UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, | Case No. 2:21-cv-01173-JCM-EJY |
| Plaintiffs, | |
| v. | **ORDER** |
| SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, | |
| Defendants. | |
| WEALTHY INC. and DALE BUCZKOWSKI, | Consolidated with Case No. 2:22-cv-00740-JCM-EJY |
| Plaintiffs, | |
| v. | |
| JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, | |
| Defendants. | |

Pending before the Court is Wealthy Inc. and Dale Buczkowski's Motion for Leave to Amend Complaint (ECF No. 141). The Motion was filed on February 13, 2023. The Response was therefore due on February 27, 2023. LR 7-2(b). No response to Plaintiffs' Motion was filed. A review of the docket also shows no requests for an extension of time to respond to the Motion was filed. Under LR 7-2(d) the failure of a party to oppose a motion may be treated by the Court as that party's consent to granting the motion. In the absence of any response to Plaintiffs' Motion for Leave to Amend Complaint,

IT IS HEREBY ORDERED that the Motion for Leave to Amend Complaint (ECF No. 141) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs must file a copy of their Second Amended Complaint on the public record with redactions referencing and using place holders for any exhibits thereto that have been sealed.

IT IS FURTHER ORDERED that Plaintiffs must file a copy of the Second Amended Complaint under seal without redactions, attaching all exhibits.

IT IS FURTHER ORDERED that Defendants must file a responsive pleading to Plaintiffs' Second Amended Complaint no later than **March 14, 2023**.

Dated this 28th day of February, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE