TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
ALINA KRAUFF
Nevada Bar No. 16266
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@ksjattorneys.com
rgreen@ksjattorneys.com
akrauff@ksjattorneys.com
*Attorneys for Defendant,*
*JOHN ANTHONY LIFESTYLE, LLC*
*And JOHN MULVEHILL*

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. <br>_____<br> WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br> v. <br><br> JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, <br><br> Defendants. | Case No. 2:21-cv-01173-JCM-EJY <br><br> **DECLARATION OF JOHN MULVEHILL IN SUPPORT OF DEFENDANTS JOHN MULVEHILL AND JOHN ANTHONY LIFESTYLE, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660** <br><br><br> Consolidated with: <br> Case No.:  2:22-cv-00740-JCM-EJY <br><br> **[ORAL ARGUMENT REQUESTED]** |

I, John Mulvehill, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

1.    I am a resident of Sao Paulo, Brazil, and over the age of eighteen (18). The

1

Document Ref: RNW8Q-EMNLU-SVLEC-WGN4F

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

information in this Declaration is based on my personal knowledge and, if called to do so, could testify competently to its accuracy.

2.      This Declaration is made in support of facts related to the above-entitled action of the events relevant to this matter.

3.      In December 2022, I downloaded Google Analytics reports for platinumdatingsystem.com and johnanthonylifestyle.com. A true and correct copy of these disclosed website analytics reports is attached to the Index of Exhibits as **Exhibit 8**.

4.      In December 2022, I downloaded the text chat log between Dylan Martin and I from my WhatsApp account. A true and correct copy of the WhatsApp chat log is attached to the Index of Exhibits as **Exhibit 9**.

5.      In January 2023, I downloaded copies of the videos I published on the JAL YouTube channel identified by Plaintiffs in their First Amended Complaint as "JAL videos" from my computer. A list containing links to the true and correct copies of these videos is attached to the Index of Exhibits as **Exhibit 10**.

6.      On April 25, 2020, I received an e-mail from Jordan Wake, regarding Plaintiffs refusing to issue him a refund when he could not attend a dating boot camp hosted by "RSD Derek" aka Dale Buczkowski. A true and correct copy of the e-mail I received is attached to the Index of Exhibits in support of Defendant John Mulvehill and John Anthony Lifestyle, LLC's Motion for Partial Summary Judgment and Special Motion to Dismiss Pursuant to NRS 41.660 ("Index of Exhibits") as **Exhibit 12**.

7.      On May 8, 2019, I received an e-mail from Vince "Migs" claiming to be an ex-client of "RSD Derek" who was dissatisfied with the quality of services he received. A true and correct copy of the e-mail I received from him is attached to the Index of Exhibits as **Exhibit 13**.

8.      On July 4, 2020, I received an e-mail from "Joris Bohnson" claiming to be an ex-client of Derek Moneyberg aka Dale Buczkowski ("Mr. Buczkowski").  Mr. Bohnson represented many reports online show that Derek Moneyberg had a criminal past. A true and correct copy of the e-mail I received from him is attached to the Index of Exhibits as **Exhibit 14**.

9.      On September 26, 2020, I received an e-mail from Konstantinos Kok claiming to be

Document Ref: RNW8Q-EMNLU-SVLEC-WGN4F

a client of Derek Moneyberg. A true and correct copy of this e-mail I received is attached to the Index of Exhibits as **Exhibit 15**.

10.    On October 8, 2020, I received an e-mail from Maurice Dziubinski claiming to be an ex-client of "RSD Derek" who was dissatisfied with the quality of services that Plaintiffs provided. Mr. Dziubinski also represented that Mr. Buczkowski used high-pressure sales tactics and hurled abusive language during his boot camps. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 16**.

11.    On October 13-14, 2020, I received an e-mail from Gokhan Erdoganli claiming to be an ex-client of Derek Moneyberg and stating that Plaintiffs kicked him out of their course and refused to provide him a refund. The e-mail also referenced that the sender knew about Mr. Buczkowski's criminal activity. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 17**.

12.    On November 9, 2020, I received an e-mail from "Matthias Germany" claiming that he knew four people who took Plaintiffs' boot camp, of which two experienced what he described as a psychological breakdown. The sender also stated that Mr. Buczkowski was a racist and sociopath based on his experience attending Plaintiffs' boot camps. A true and correct copy of the e-mail is attached to the Index of Exhibits as **Exhibit 18**.

13.    On December 9-20, 2020, I received an e-mail from Philipp Hörning claiming to be an ex-client of "RSD Derek" who was dissatisfied with the quality of services he received and stated that the RSD program he attended was a scam. A true and correct copy of the e-mail is attached to the Index of Exhibits as **Exhibit 19**.

14.    On December 23, 2020, I received an e-mail from Daniel Loera claiming to be an ex-client of Derek Moneyberg and stated that Dale used high-pressure sales tactics to pressure customers to apply for additional credit cards to pay for more of Plaintiffs' courses. The sender also claimed he was refused a refund and was threatened with legal action by Plaintiffs' agents when he tried to dispute the credit card charges with his bank. A true and correct copy of this e-mail and attached screenshots I received is attached to the Index of Exhibits as **Exhibit 20**.

15.    On December 29, 2020, I received an e-mail from an anonymous source "John

3

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Smith" containing embedded webpage links to a criminal complaint against Timothy Lantz, charging him with drug manufacturing. This criminal complaint featured Dale Buczkowski's name multiple times. The e-mail also included links to newspaper articles concerning Timothy Lantz's arrest and a link to the LinkedIn profiles of Mr. Buczkowski and Mary Lou Marinas.  A true and correct copy of this e-mail and embedded webpages is attached to the Index of Exhibits as **Exhibit 21**.

16.     On December 29, 2020, I received another e-mail from the same "John Smith" anonymous source stating that the sender found the information regarding Mr. Buczkowski's criminal past via publicly available information on Google. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 22**.

17.     On January 3, 2021, I received an e-mail from Burt Callebaut claiming to be an ex-client of Derek Moneyberg.  This e-mail stated that Plaintiffs refused to provide him a refund after he informed them of his dissatisfaction with the services they provided.  A true and correct copy of this e-mail and attached documents is attached to the Index of Exhibits as **Exhibit 23**.

18.     On January 10, 2021, I received a screenshot from Rohit Das showing a WhatsApp message between himself and a third party stating that Mr. Buczkowski used the "N-word" slur at a dating coaching event at a London nightclub and made "white power" chants at his events. A true and correct copy of the screenshot is attached to the Index of Exhibits as **Exhibit 24**.

19.     On January 12, 2021, I received an e- mail from Rodrigo de Lima, who represented he was an ex-client of Derek Moneyberg. This e-mail stated that Plaintiffs use high-pressure sales tactics to sell their services. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 25**.

20.     On January 23, 2021, I received an e-mail from Jan Felberg claiming to be an ex-client of RSD Derek, which stated that he was dissatisfied with the quality of the programs he received from Plaintiffs. A true and correct copy is attached to the Index of Exhibits as **Exhibit 26**.

21.     On January 23, 2021, I received an e-mail from Mark Mackey, who represented that he was an ex-client of RSD Derek.  This e-mail stated that Mr. Buczkowski made racist statements at the training events he held. A true and correct copy of this e-mail is attached to the Index of

Document Ref: RNW8Q-EMNLU-SVLEC-WGN4F

Exhibits as **Exhibit 27**.

22. On February 10, 2021, I received an e-mail from Matthias Schmidt, who claimed to be an ex-client of RSD Derek. This e-mail stated that Mr. Buczkowski made racist statements at the training events he held. A true and correct copy is attached to the Index of Exhibits as **Exhibit 28**.

23. On February 21, 2021, I received an e-mail from Oliver Kuruc, who claimed to be an ex-client of RSD Derek. This e-mail also stated that Mr. Buczkowski made racist statements at the training events he held. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 29**.

24. On February 22, 2021, I received an e-mail from Tim DeWitt. This e-mail included a screenshot of a Derek Moneyberg YouTube video, which showed more "likes" than video views and thus provided a basis to believe that Plaintiffs buy fake social media interactions and users. A true and correct copy is attached to the Index of Exhibits as **Exhibit 30**.

25. On March 5, 2021, I received an e-mail from an anonymous source claiming to be an ex-client of RSD Derek. This e-mail stated that Mr. Buczkowski was a sociopath who embarrassed him at a boot camp. This e-mail also noted that this person was overall dissatisfied with the quality of services he received. A true and correct copy is attached to the Index of Exhibits as **Exhibit 31**.

26. On March 22, 2021, I received an e-mail from Steve Adheno. In this e-mail, Mr. Adheno represented that he was an ex-client of RSD Derek and that he witnessed Mr. Buczkowski use the "N-word" slur at a coaching event. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 32**.

27. On April 4, 2021, I received an e-mail from Ben Nithy. In this e-mail, Mr. Nithy represented that Mr. Buczkowski refused to issue him a refund. A true and correct copy of this e-mail is attached to the Index of Exhibits as **Exhibit 33**.

28. In 2020, Jeroen van der Meer contacted me and claimed that he found evidence that Mr. Buczkowski was involved in criminal activity in the past based on publicly available documents. I exchanged several messages with him and sent him Mr. Buczkowski's call records from 2013-

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

5

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2014, which I subpoenaed in my criminal case in 2013. Based on my and his research, Mr. van der Meer compiled two flowcharts showing Mr. Buczkowski's connections to convicted criminals and criminal activity. True and correct copies of these flowcharts are attached to the Index of Exhibits as **Exhibit 34**.

29.     Upon information and belief, Plaintiffs utilized high-pressure sales tactics to sell Derek Moneyberg products and services.

30.     At the time of publishing statements on Defendant Spencer Cornelia's YouTube Channel and the JAL YouTube channel, I made the statements in good faith based on publicly available information and the aforementioned correspondence I received from individuals claiming to be Plaintiffs' ex-customers.

31.     At the time of publishing statements on Defendant Spencer Cornelia's YouTube Channel, I did not have an agreement with Spencer Cornelia for payment or any other form of kickbacks for appearing on his YouTube channel.

32.     At no time before or during the time the statements identified by Plaintiffs in the First Amended Complaint were made did I have a reason to doubt the truth of the claims in the correspondence I received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __10th__ day of March, 2023.



JOHN MULVEHILL

Document Ref: RNW8Q-EMNLU-SVLEC-WGN4F

# Signature Certificate

Reference number: RNW8Q-EMNLU-SVLEC-WGN4F

| Signer | Timestamp | Signature |
|---|---|---|
| **John Mulvehill**<br>Email: john@johnanthonylifestyle.com | | John Mulvehill |
| Sent:<br>Signed: | 10 Mar 2023 14:08:57 UTC<br>10 Mar 2023 14:08:57 UTC | IP address: 185.153.176.250<br>Location: São Paulo, Brazil |

Document completed by all parties on:

10 Mar 2023 14:08:57 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

