TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

JEFFREY VOCKRODT, ESQ. *(Admitted Pro Hac Vice)*
jvockrodt@cm.law
DAVID JACOBY, ESQ. *(Admitted Pro Hac Vice)*
djacoby@cm.law
CULHANE MEADOWS PLLC
888 Main Street, #543
New York, NY 10044
Telephone: 917.853.0057

*Attorneys for Plaintiffs Wealthy Inc. and Dale Buczkowski*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>    Plaintiffs,<br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>    Defendants. | Case No.:  2:21-cv-01173-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME AS TO THE RESPONSE TO OPTIMIZED LIFESTYLE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>**(FIRST REQUEST)** |
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>    Plaintiffs,<br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC<br>    Defendants. | Consolidated With:<br>Case No.:  2:22-cv-00740-JCM-EJY |

Plaintiffs Wealthy Inc. and Dale Buczkowski ("Plaintiffs"), by and through their counsel of record, Peterson Baker PLLC and Culhane Meadows PLLC, Defendants John Mulvehill ("Mr. Mulvehill") and John Anthony Lifestyle, LLC ("JAL"), by and through their counsel of record, Kravitz Schnitzer Johnson & Watson, Chtd., Optimized Lifestyle, LLC ("OL"), by and through its counsel of record, Howard & Howard Attorneys, PLLC, and Spencer Cornelia, Cornelia Media, LLC, and Cornelia Education, LLC, by and through their counsel of record, Randazza Legal Group, PLLC, hereby submit this stipulation and order to extend the time for Plaintiffs to file their response to Optimized Lifestyle's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184]. This is the first stipulation for an extension of time to respond to Optimized Lifestyle's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184]OL filed its Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184] on March 20, 2023.

2. Pursuant to LR 7-2, the deadline to file and serve any response to a motion for summary judgment is 21 days after service of the motion.

3. The current deadline for Plaintiffs to file their response to OL's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184] is April 10, 2023.

4. Due to Plaintiffs' counsel's schedule, including the taking of a deposition on April 10, 2023, in another matter, Plaintiffs require additional time to file their response to OL's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184].

5. Good cause exists to extend the deadline for Plaintiffs to file their response to OL's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184].

6. The parties agree, subject to the Court's approval, that the deadline for Plaintiffs to file their response to OL's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF No. 184] shall be extended to April 12, 2023.

7. This stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 10th day of April, 2023.

PETERSON BAKER, PLLC

 /s/ David E. Astur
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ.
Nevada Bar No. 15008
dastur@petersonbaker.com
701 S. 7th Street
Las Vegas, NV 89101

JEFFREY VOCKRODT, ESQ.
*(Admitted Pro Hac Vice)*
jvockrodt@cm.law
DAVID JACOBY, ESQ.
*(Admitted Pro Hac Vice)*
djacoby@cm.law
CULHANE MEADOWS PLLC
888 Main Street, #543
New York, NY 10044

*Attorneys for Plaintiffs Wealthy Inc. and Dale Buczkowski*

Dated this 10th day of April, 2023.

KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.

 /s/ L. Renee Green
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
tjwatson@ksjattorneys.com
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
rgreen@ksjattorneys.com
ALINA KRAUFF
Nevada Bar No. 16266
akrauff@ksjattorneys.com
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Attorneys for Defendants*
*John Anthony Lifestyle, LLC*
*And John Mulvehill*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

Dated: April 10, 2023

3

1  Dated this 10th day of April, 2023.                    Dated this 10th day of April, 2023.

2  HOWARD & HOWARD ATTORNEYS, PLLC        RANDAZZA LEGAL GROUP, PLLC

3   /s/ Joanna M. Myers                                     /s/ Alex J. Shepard
   JAMES A. KOHL, ESQ.                                    MARC J. RANDAZZA, ESQ.
4  Nevada Bar No. 5692                                    Nevada Bar No. 12265
   jkohl@howardandhoward.com                              mjr@randazza.com
5  JOANNA M. MYERS, ESQ.                                  RONALD D. GREEN, JR., ESQ.
   Nevada Bar No. 12048                                   rdg@randazza.com
6  jmm@h2law.com                                          ALEX J. SHEPARD, ESQ.
   HOWARD & HOWARD ATTORNEYS, PLLC                        Nevada Bar No. 13582
7  3800 Howard Hughes Parkway, Suite 1000                 ajs@randazza.com
   Las Vegas, NV 89169                                    RANDAZZA LEGAL GROUP, PLLC
8                                                         4974 S. Rainbow Blvd., Suite 100
   *Attorneys for Defendant Optimized Lifestyle, LLC*     Las Vegas, NV 89118
9

10                                                        *Attorneys for Defendants
                                                          Spencer Cornelia, Cornelia Media LLC,*
11                                                        *and Cornelia Education LLC*

**PETERSON BAKER, PLLC**
701 S 7th Street
Las Vegas, NV 89101
702 786 1001

4