UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. | Case No. 2:21-cv-01173-JCM-EJY <br><br> **ORDER** |
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, <br><br> Defendants. | Consolidated with <br> Case No. 2:22-cv-00740-JCM-EJY |

Pending before the Court is Plaintiffs' Motion to File Under Seal: Plaintiffs' Response to Optimized Lifestyle's Motion for Summary Judgment (ECF No. 209). The Court previously received briefing on the sealing of Optimized Lifestyle's Operating Agreement and approved the same. ECF No. 188.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to File Under Seal: Plaintiffs' Response to Optimized Lifestyle's Motion for Summary Judgment (ECF No. 209) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Response to Optimized Lifestyle's Motion for Summary Judgment and the unredacted version of the Response (ECF No. 210) are and shall remain sealed.

Dated this 13th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE