# EXHIBIT 1

Declaration of Spencer Cornelia In Support of
Optimized Lifestyle LLC's
Motion for Rule 11 Sanctions

JAMES A. KOHL, ESQ.
Nevada Bar No. 5692
Email: jkohl@howardandhoward.com
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmm@h2law.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Optimized Lifestyle LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC, <br><br> Defendants. | Case No.:  2:21-cv-01173-JCM-EJY <br><br> **DECLARATION OF SPENCER CORNELIA IN SUPPORT OF OPTIMIZED LIFESTYLE LLC'S MOTION FOR RULE 11 SANCTIONS** |
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC, <br><br> Defendants. | Consolidated with: <br> Case No.: 2:22-cv-00740-JCM-EJY |

I, Spencer Cornelia, declare that:

1.      I am over the age of eighteen years and am a resident of Nevada. I make this declaration in support of Optimized Lifestyle LLC's Motion for Rule 11 Sanctions.

2.      I make this declaration based on my personal knowledge of the facts contained

- 1 -

Doc ID: 91d7df68f987e5dafff0e03f980ad511803dbbf3

HOWARD & HOWARD ATTORNEYS PLLC

herein. If called as a witness, I could and would testify competently to the recitations set forth herein.

3.    On June 9, 2021, I removed the videos identified in Paragraphs 71-73 of Plaintiffs' Amended Complaint [ECF 100] (the "First and Second Cornelia Videos") from my YouTube Channel. I did this immediately after receiving notice from Plaintiffs that these videos contained allegedly false and defamatory matter.

4.    Also on June 9, 2021, I sent an email to Plaintiffs' counsel, Jeff Vockrodt, telling him that the above videos had been set to private, meaning they were not accessible to anyone. A true and correct copy of this email is attached to this Declaration as Exhibit A.

5.    The First and Second Cornelia Videos were not available to the public at any time after June 9, 2021.

6.    On August 6, 2021, I sent Plaintiff Dale Buczkowski a direct text message on my phone informing him that I had removed the First and Second Cornelia Videos. A true and correct copy of this message is attached to this Declaration as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this April 4 , 2023.

*Spencer Cornelia*
SPENCER CORNELIA

HOWARD & HOWARD ATTORNEYS PLLC

- 2 -

Doc ID: 91d7df68f987e5dafff0e03f980ad511803dbbf3

# EXHIBIT A

June 9, 2021 Email to Plaintiffs' Counsel

Doc ID: 91d7df68f987e5dafff0e03f980ad511803dbbf3



**Spencer Cornelia <spencer0cornelia@gmail.com>**

## Mr. Dale Buczkowski and Wealthy Inc.

**Spencer Cornelia** <spencer0cornelia@gmail.com>     Wed, Jun 9, 2021 at 10:50 AM
To: Jeff B. Vockrodt <jvockrodt@cm.law>
Cc: David Jacoby <djacoby@cm.law>

All videos mentioned in your letter have been set to Private, which is not accessible by anyone.
[Quoted text hidden]

# EXHIBIT B

August 6, 2021 Text Message to Dale Buczkowski

Doc ID: 91d7df68f987e5dafff0e03f980ad511803dbbf3

 **derekmoneyberg**

Aug 6, 11:55 AM

Hey man, no hard feelings about the lawsuit. I'm sure the video pissed you off. I understand why you did it.

Do you want to chat to try and squash this before getting too deep into a lawsuit? The videos were taken down immediately upon given information that they might contain defamatory statements.

I'm willing to sign an NDA. It seems like neither of us are going to win with a lawsuit. It's going to get expensive for you because I'm not guilty of the charges and will fight this until proven not guilty. Additionally, I will for sure be asking for legal fees to be covered.

My lawyer isn't cheap and I'd hate to see you spend a bunch of money to fight this case.

Up to you man. Looking forward to hearing your response.

 Message...

Doc ID: 91d7df68f987e5dafff0e03f980ad511803dbbf3