```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA

WEALTHY, INC., et al.,

                  Plaintiffs,         Case No.
                                      2:21-cv-01173-JCM-EJY
      v.
                                      ORDER TEMPORARILY UNSEALING
CORNELIA, et al.,                     TRANSCRIPT

                  Defendants.
```

Upon the request of Tamara Beatty Peterson, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: JANUARY 17, 2023, ECF 139, MOTION HEARING.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Tamara Beatty Peterson.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this  8th  day of  September , 2023.

_____
ELAYNA J. YOUCHAH
U.S. District Judge