AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wealthy, Inc., et al.,

                JUDGMENT IN A CIVIL CASE

        Plaintiffs,

  v.                             Case Number:  2:21-cv-01173-JCM-EJY

Spencer Cornelia, et al.,

        Defendants.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants and against Plaintiffs. Case closed.

09/29/2023                                            DEBRA K. KEMPI
Date                                                      Clerk

                                                              /s/ A. Miller
                                                              Deputy Clerk