TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

JEFFREY VOCKRODT, ESQ. *(Admitted Pro Hac Vice)*
jvockrodt@cm.law
DAVID JACOBY, ESQ. *(Admitted Pro Hac Vice)*
djacoby@cm.law
CULHANE MEADOWS PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, TX 75240
Telephone: 202.615.9886

*Attorneys for Plaintiffs Wealthy Inc. and Dale Buczkowski*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No.: 2:21-cv-01173-JCM-EJY<br><br>**NOTICE OF POSTING BOND** |
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC<br><br>Defendants. | Consolidated With:<br>Case No.: 2:22-cv-00740-JCM-EJY |

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

Notice is hereby given that, pursuant to the Stipulation to Stay Execution of Judgment Pending Appeals, approved by the Court and entered on January 3, 2024 [ECF No. 272], Plaintiffs Wealthy, Inc. ("Wealthy") and Dale Buczkowski ("Mr. Buczkowski") posted the attached bond (Bond No. CSC-304551C) with the United States District Court, District of Nevada on January 5, 2024.

Respectfully submitted this 5th day of January 2024.

PETERSON BAKER, PLLC

By: /s/ Tamara Beatty Peterson

TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

JEFFREY VOCKRODT, ESQ. *(Admitted Pro Hac Vice)*
jvockrodt@cm.law
DAVID JACOBY, ESQ. *(Admitted Pro Hac Vice)*
djacoby@cm.law
CULHANE MEADOWS PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, TX 75240
Telephone: 917.853.0057

*Attorneys for Plaintiffs Wealthy Inc. and Dale Buczkowski*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that a true and correct copy of the **NOTICE OF POSTING BOND** was served via electronic service, via CM/ECF, on this 5th day of January, 2024, and to the following:

MARC J. RANDAZZA, ESQ.
mjr@randazza.com
RONALD D. GREEN, JR., ESQ.
rdg@randazza.com
ALEX J. SHEPARD, ESQ.
ajs@randazza.com
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
*Attorneys for Defendants Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC*

TYLER WATSON, ESQ.
tjwatson@ksjattorneys.com
L. RENEE GREEN, ESQ.
rgreen@ksjattorneys.com
MARTA D KURSHUMOVA, ESQ.
mkurshumova@ksjattorneys.com
KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendants John Anthony Lifestyle, LLC and John Mulvehill*

JAMES A. KOHL, ESQ.
jkohl@howardandhoward.com
JOANNA M. MYERS, ESQ
jmm@h2law.com
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant Optimized Lifestyle LLC*

/s/ Julia L. Melnar
On behalf of Peterson Baker, PLLC

colonial
123 Tice Boulevard
Woodcliff Lake, NJ 07677
(800) 221-3662

Bond No.: CSC-304551C

Bond Type: Supersedeas/Appeal Bond

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 05 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RJDG

UNITED STATES DISTRICT COURT DISTRICT OF Nevada
Court County : Clark

| |
|---|
| Wealthy, Inc. And Dale Buczkowski<br>Plaintiff(s)<br>vs.<br>Spencer Cornelia, Cornelia Media, LLC And Cornelia Education, LLC<br>Defendant(s) |

Civil Action Number:
**2:21-cv-01173-JCM-EJY**

We, Wealthy, Inc. Wealthy, Inc. , as principal, and Colonial Surety Company as surety, are held and firmly bound to in the maximum penal sum of Eighteen Thousand Dollars and No Cents ($18,000), to be paid to appellee (his heirs, executors, administrators, or assigns or its successors or assign), for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on , in an action pending in the above court, between the plaintiff and the defendant, judgment was rendered against Wealthy, Inc. And Dale Buczkowski, and the appellant having filed a Notice of Appeal from such judgment to the Court of Appeals and having applied for and obtained an order of the District Court staying enforcement of such judgment during the pendency of the appeal.

Now, therefore, the condition of this obligation is that if the appellant shall prosecute his appeal to effect and shall satisfy the judgments in full, together with costs, interest, and damages for delay if the appeal is finally dismissed or the judgments are affirmed or shall satisfy in full such judgments as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void, otherwise it shall remain in full service and effect.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Colonial Surety Company, as the surety, hereby submits itself to the jurisdiction of the District Court.

Signed, sealed, and dated this 04th day of January, 2024.

| | | |
|---|---|---|
| Dale Buczkowski - President of Wealthy Inc | Colonial Surety Company | APPROVED: |
| Appellants | Wayne Nunziata, President | United States District Judge |

Colonial Surety Company
Incorporated 1930
Pennsylvania

# COLONIAL SURETY COMPANY

Duncannon, Pennsylvania

Administrative Office: 123 Tice Blvd., Suite 250, Woodcliff Lake, New Jersey 07677

## GENERAL POWER OF ATTORNEY

***Know all Men by These Presents,*** **That COLONIAL SURETY COMPANY, a corporation duly organized and existing under the laws of the Commonwealth of Pennsylvania and having an administrative office in Woodcliff Lake, Bergen County, NJ does by these presents make, constitute and appoint**

**________ Wayne Nunziata or Michael Bonfante ________ of Woodcliff Lake and the State of New Jersey its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver.**

Any and All Bonds

**and to bind the Company thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the Company, hereby ratifying and confirming all that the said Attorney(s)-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolution adopted by the Board of Directors of the Colonial Surety Company at a meeting held on the 25th day of July, 1950.**

***"Be it Resolved,*** **that the President, any Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:**

***"Section I. Attorney-in-Fact.*** **Attorney-in-Fact may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements of indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed."**

***"In Witness Whereof,*** **Colonial Surety Company has caused these presents to be signed by its ___ President ___ and its corporate seal to be hereto affixed the ___ 30th ___ day of ___ March ___, A.D., 2023.**

Colonial Surety Company
Incorporated
1930
Pennsylvania

COLONIAL SURETY COMPANY

**State of New Jersey**
**County of Bergen** } **SS.**

By ________
Wayne Nunziata, President

**On this ___ 30th ___ day of ___ March ___, in the year 2023, before me ___ Theresa La Monica ___, a notary public, personally appeared ___ Wayne Nunziata ___, personally known to me to be the person who executed the within instrument as ___ President ___, on behalf of the corporation therein named and acknowledged to me that the corporation executed it.**

Theresa La Monica
Notary Public
New Jersey

THERESA LA MONICA
A Notary Public of New Jersey
My Commission Expires September 9, 2025

________
Theresa La Monica Notary Public

**I, the undersigned President of Colonial Surety Company, hereby certify that the above and foregoing is a full, true and correct copy of the Original Power of Attorney issued by said Company, and do hereby further certify that the said Power of Attorney is still in force and effect.**

**GIVEN under my hand and the seal of said Company, at Woodcliff Lake, New Jersey this** 29th **day of** December **, 20** 23 **.**

Original printed with Blue and/or Black ink.
For verification of the authenticity of this Power of Attorney you may call (201) 573-8788 and ask for the Power of Attorney clerk. Please refer to the above named individual(s) and details of the bond to which the power is attached.

________
Wayne Nunziata, President

**State of New Jersey**

**County of Bergen**

On this 04th day of January, 2024 ,before me, Theresa La Monica, a Notary Public, personally came Wayne Nunziata, known to me to be an Attorney-in-Fact of Colonial Surety Company, the corporation described in the within instrument, and I acknowledge that he executed the within instrument as the act of said Colonial Surety Company in accordance with authority duly conferred upon his by said Company.

Theresa La Monica
A Notary Public of New Jersey
My Commission Expires September 9, 2025

Theresa La Monica

Theresa La Monica
Notary Public

Theresa La Monica
Notary Public
New Jersey

# Colonial Surety Company

**Duncannon, Pennsylvania**
**-Inc 1930-**

## Balance Sheet as at December 31, 2022

| | | | |
|---|---|---|---|
| **Cash & Invested Assets:** | | **Liabilities:** | |
| Cash | $9,057,792 | Outstanding Losses & Loss Expenses | $4,119,774 |
| Cash Equivalents | 3,519,458 | Unearned Premiums | 18,018,052 |
| Common Stocks* | 9,757,005 | Funds Held | 5,412,876 |
| Bonds* | 49,594,003 | Reinsurance Payable | 9,118,420 |
| Receivables for Securities | 100,000 | Accrued Expenses | 609,482 |
| | | Income Taxes Payable | 2,146,546 |
| **Total Cash & Invested Assets** | **$72,028,258** | Payable to Parents, Subs & Affiliates | 2,314,262 |
| | | Miscellaneous Liabilities | 11,364 |
| | | **Total Liabilities** | **$41,750,776** |
| **Other Assets:** | | | |
| Accrued Investment Income | $493,741 | **Capital & Surplus:** | |
| Premiums Receivable | 20,448,949 | Common Capital Stock | $ 4,000,000 |
| Funds Held – Collateral | 5,406,668 | Additional Paid in Capital | 1,000,000 |
| Reinsurance Recoverable | 5,295,919 | Unassigned Surplus | 57,754,325 |
| Net Deferred Tax Assets | 830,542 | | |
| Other Assets | 1,024 | **Total Capital & Surplus** | **$62,754,325** |
| **Total Admitted Assets** | **$104,505,101** | **Total Liabilities, Capital & Surplus** | **$104,505,101** |

*Bonds and stocks are valued on basis approved by National Association of Insurance Commissioners.

STATE OF NEW JERSEY }
ss.:
COUNTY OF BERGEN }

I, Wayne Nunziata, President of Colonial Surety Company, do hereby certify that the foregoing is a full, true and correct copy of the Financial Statement of said Company, as of December 31, 2022.

IN WITNESS WHEREOF, I have signed this statement at Woodcliff Lake, New Jersey, this 7th day of April, 2023.

Wayne Nunziata, President

Theresa La Monica Notary Public New Jersey

Theresa La Monica, Notary Public

**THERESA LA MONICA**
**A Notary Public of New Jersey**
**My Commission Expires September 9, 2025**