**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER CORNELIA, CORNELIA MEDIA LLC, and CORNELIA EDUCATION LLC,<br><br>Defendants. | Case No.: 2:21-cv-01173-JCM-EJY<br><br>**ORDER GRANTING MOTION TO AMEND CONFIDENTIALITY AND PROTECTIVE ORDER [DOC. NO. 44]** |
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,<br><br>Defendants. | Consolidated with:<br>Case No.: 2:22-cv-00740-JCM-EJY |

THIS MATTER comes before the Court on the Defendant Optimized Lifestyle LLC's Motion to Amend the Confidentiality and Protective Order [Doc. No. 44, Case No. 2:22-cv-00740-EJY] entered in this case to allow for the parties in Civil Action No. 23-CV-141-ABJ in the District of Wyoming to use all of the documents and information exchanged in Nevada as discovery materials in the Wyoming matter, and the Court being fully advised in the premises, and there being no objection to the Motion, hereby grants the Motion and hereby orders as follows:

- 1 -

1.	The Confidentiality and Protective Order [Doc. No. 44, Case No. 2:22-cv-00740 EJY] be amended and the use of all documents and information exchanged in Nevada as discovery materials may be used in Civil Action 23-CV-141-ABJ in the District of Wyoming.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: September 30, 2025